MDG SUPPLY, INC., A HAWAII CORPORATION, *v.*
DIVERSIFIED INVESTMENTS, INC., A HAWAII
CORPORATION, ET AL.

MAUI CONCRETE & AGGREGATES, INC., A HA-
WAII CORPORATION, ET AL. *v.* DIVERSIFIED
INVESTMENTS, INC., A HAWAII CORPORA-
TION.

No. 4818.

December 22, 1969.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON
AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied with-
out argument. However, since the petition indicates some
misunderstanding on points not explicitly covered in the
opinion filed herein, we will clarify those points. The
certification by the circuit court, on remand, of the finality
of the December 27, 1965, judgment, under H.R.C.P. Rule
54(b), was duly made by that court and properly before
this court, thus giving this court jurisdiction over the
appeal. In the exercise of our jurisdiction, we determined
that the judgment, being a consent judgment, was to be
given effect in accordance with its terms, and was not
controlled by the general law of foreclosure. One of the
terms of the judgment is that the determination of at-
torneys' fees is to be made at the hearing on the confirma-
tion of foreclosure sale, with the right reserved in Diver-
sified to appeal from such determination. Such provision
is not inconsistent with the law on foreclosure sale. *See
Roe* v. *Engstrom,* 250 Ill. App. 440 (1928).

*William S. Ellis, Jr.,* appellant pro se, and *Ralph E.
Corey,* attorney for appellants except Ellis, for the
petition.